IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:18-mj-00116-EFB |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| ROBERT ELIAS PADILLA, | ) | |
| Defendant. | ) | |

    This court appointed the Federal Defender's Office on June 15, 2018. The Federal Defender's Office has determined it cannot continue to represent Mr. Padilla. CJA Panel attorney Todd Leras is hereby appointed effective June 18, 2018, the date the Office of the Federal Defender first contacted him.

    **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: June 20, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE