1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ROBERT PADILLA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | Case No.: 2:18-CR-117 TLN
12 |            Plaintiff,                |
13 | vs.                                  | STIPULATION AND ORDER TO
   |                                      | ADVANCE MATTER FOR
14 | ROBERT ELIAS PADILLA,                | ARRAIGNMENT ON INDICTMENT
15 |            Defendant.                |
16 |                                      | Date:   June 25, 2018
   |                                      | Time:    2:00 p.m.
17 |                                      | Court:  Hon. Edmund F. Brennan

18

19

20

21        This matter, previously initiated by Criminal Complaint and designated by Case Number

22  2:18-mj-116 EFB, is presently set for Preliminary Hearing/Arraignment on Indictment on June

23  29, 2018.  The grand jury returned a true bill on an Indictment in this matter on June 21, 2018,

24  thereby rendering a Preliminary Examination unnecessary.

25        Due to scheduling issues, Defendant Robert Padilla, by and through his attorney Todd D.

26
    Leras, requests to advance the matter for an Arraignment Hearing to June 25, 2018, at 2:00 p.m.
27
    ORDER ADVANCING
28  ARRAIGNMENT HEARING

The United States does not oppose the request.

Assistant U.S. Attorney Timothy Delgado is available on June 25, 2018 and has authorized Todd Leras via telephone call to sign this stipulation on his behalf.

DATED: June 22, 2018                McGREGOR W. SCOTT
                                    United States Attorney

                                    By   /s/ Todd D. Leras for
                                         TIMOTHY H. DELGADO
                                         Assistant United States Attorney

DATED: June 22, 2018

                                    By   /s/ Todd D. Leras
                                         TODD D. LERAS
                                         Attorney for Defendant
                                         ROBERT PADILLA

ORDER ADVANCING
ARRAIGNMENT HEARING

# ORDER

This matter is advanced for Arraignment on the Indictment on June 25, 2018, at 2:00 p.m. The previously-set date for Preliminary Examination/Arraignment on Indictment scheduled for June 29, 2018, at 2:00 p.m., is vacated.

IT IS SO ORDERED.

Dated: June 22, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER ADVANCING
ARRAIGNMENT HEARING