LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ROBERT PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ELIAS PADILLA,<br><br>Defendant. | Case No.: 2:18-cr-117 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    January 24, 2019<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Timothy Delgado, and Defendant Robert Padilla by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for a status conference on December 6, 2018. Defendant is charged with possession with intent to distribute 500 grams or more of a mixture

ORDER CONTINUING STATUS
CONFERENCE

and substance containing methamphetamine, with a special allegation that he has suffered four felony drug offenses in Solano County Superior Court. Arraignment on the Indictment in this matter occurred on June 25, 2018. The government has provided defense counsel with discovery and a proposed plea agreement to resolve the matter.

2. The events at issue in this case occurred largely in Vacaville and Dixon, California. Defendant is actively engaged in investigation of this matter, including obtaining relevant records related to his prior convictions in Solano County Superior Court. These matters are all relevant to his sentencing request should he accept the resolution proposed by the government. The defense is waiting to receive some of the requested documents, some of which date back to 2002. The defense is therefore requesting to continue this matter for a status conference and possible change of plea hearing on January 24, 2019.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not oppose the request.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 6, 2018, up to

ORDER CONTINUING STATUS CONFERENCE

January 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Timothy Delgado has reviewed this proposed order and authorized Todd Leras (via email) to sign it on his behalf.

DATED: December 4, 2018

By  Todd D. Leras for
 TIMOTHY DELGADO
 Assistant United States Attorney

DATED: December 3, 2018

By  /s/ Todd D. Leras
 TODD D. LERAS
 Attorney for Defendant
 ROBERT PADILLA

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for December 6, 2018 is vacated. A new status conference/potential change of plea hearing is scheduled for January 24, 2019, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 6, 2018, up to and including January 24, 2019.

DATED: December 5, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE