LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ROBERT PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ELIAS PADILLA,<br><br>Defendant. | Case No.: 2:18-cr-117 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    January 31, 2019<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Timothy Delgado, and Defendant Robert Padilla by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for a status conference/potential change of plea hearing on January 24, 2019. Defendant is charged with possession with intent to distribute

ORDER CONTINUING STATUS CONFERENCE

500 grams or more of a mixture and substance containing methamphetamine, with a special allegation that he has suffered four felony drug offenses in Solano County Superior Court. Arraignment on the Indictment in this matter occurred on June 25, 2018. The government has provided defense counsel with discovery and a proposed plea agreement to resolve the matter.

2. Defendant is prepared to accept the proposed resolution agreement but has remaining questions regarding the potential impact of the recently-enacted First Step Act on his potential sentence. Defense counsel is therefore requesting a one-week continuance of the change of plea hearing to January 31, 2019. The brief continuance is requested for the purpose of allowing counsel to complete research regarding the First Step Act and discuss the results with Mr. Padilla.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not oppose the request.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 24, 2019, up to January 31, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance

ORDER CONTINUING STATUS CONFERENCE

granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Timothy Delgado has authorized Todd Leras (via telephone call) to sign this stipulation and proposed order on his behalf.

DATED: January 23, 2019

By  */s/ Todd D. Leras for*
TIMOTHY DELGADO
Assistant United States Attorney

DATED: January 23, 2019

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ROBERT PADILLA

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/change of plea hearing in this matter scheduled for January 24, 2019 is vacated. A new status conference/change of plea hearing is scheduled for January 31, 2019, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 24, 2019, up to and including January 31, 2019.

DATED: January 23, 2019

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE